UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Lefebvre

    v.                                                                                              Case No. 25-cv-258-LM-TSM

Federal Bureau of Prisons, Director, et al

### ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 11, 2025. For the reasons explained therein, Lefebvre's claim for damages is dismissed without prejudice to his ability to proceed on his claims for release in this case, and to file a separate federal civil rights action if he intends to seek damages. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Landya B. McCafferty
Chief Judge

Date: July 31, 2025

cc:     Robert Lefebvre, pro se
          Counsel of Record