UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Lefebvre

    v.                                                                 Case No. 25-cv-258-LM-TSM

Federal Bureau of Prisons, Director, et al

ORDER

      No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 1, 2025. For the reasons explained therein, the Respondent's Motion to Dismiss for Mootness is granted. The Respondent's Motion for Summary Judgment (Doc. No. 5) is denied as moot. Mr. Lefebvre's motion to proceed in forma pauperis (Doc. No. 4) is granted nunc pro tunc. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

      The Clerk shall enter judgment and close this case.

_____
Landya B. McCafferty
Chief Judge

Date: October 20, 2025

cc:     Robert Lefebvre, pro se
         Counsel of Record